IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RASHAWN A. BROOKS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICER RICKER, Correctional )<br>Officer, OFFICER JONES, )<br>Correctional Office, OFFICER )<br>SMITH, Correctional Officer, )<br>OFFICER EDWARDS, L.T. WALKER, )<br>SARGENT GRAHAM, and OFFICER )<br>JONES, )<br>)<br>Defendants. ) | 1:24-cv-467 |

**ORDER**

On June 12, 2024 the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which

corrects the defects cited in the Magistrate Judge's Order and Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 23rd day of September, 2024.

                                    /s/ William L. Osteen, Jr.
                                    United States District Judge

-2-

Case 1:24-cv-00467-WO-JLW   Document 5   Filed 09/23/24   Page 2 of 2